IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| William Jessup, | ) | Case No.:  6:22-cv-04134-TMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| United of Omaha Life Insurance Company, | ) ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, on behalf of the parties, hereby respectfully gives the court notice that the matter *sub judice* has settled and the court may issue a *Rubin* order.  As soon as the closing papers have been properly executed, the parties will forward them over to the court.

 

s/ Nathaniel W. Bax
Nathaniel W. Bax, Esq.
Federal Bar #:  09835
**FOSTER LAW FIRM, LLC**
PO Box 2123
Greenville, SC 29602
(864) 242-6200
(864) 233-0290 (facsimile)
E-mail:  nbax@fosterfoster.com

Date: <u>April 20, 2023</u>     Attorneys for Plaintiff